PAMELA TSAO (SBN: 266734)
ASCENSION LAW GROUP
12341 Newport Ave.
Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff  HOANG MINH LE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br>ERNEST DE TOMASO, an individual and as Trustee of the FAMILY TRUST of ERNEST P. DE TOMASO and LIDA J. DE TOMASO; LIDA DE TOMASO, an individual and as Trustee of the FAMILY TRUST of ERNEST P. DE TOMASO and LIDA J. DE TOMASO,<br><br>　　　　　Defendants. | Case No.: 5:21-cv-01553-JWH-SP<br><br>**NOTICE OF CONDITIONAL SETTLEMENT**<br><br>[Assigned to Hon. John W. Holcomb] |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. The Parties have agreed to a settlement in principle but have not yet reduced the material terms into writing. The Parties anticipate that a settlement agreement will be finalized within 30 days. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: December 16, 2021

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Hoang Minh Le