1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  12341 Newport Ave.,
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  HOANG MINH LE
6

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual <br><br> Plaintiff, <br><br> vs. <br><br> ERNEST DE TOMASO, an individual and as Trustee of the FAMILY TRUST of ERNEST P. DE TOMASO and LIDA J. DE TOMASO; LIDA DE TOMASO, an individual and as Trustee of the FAMILY TRUST of ERNEST P. DE TOMASO and LIDA J. DE TOMASO, <br><br> Defendants. | Case No.: 5:21-cv-01553-JWH-SP <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** <br><br> [Assigned to Hon. John W. Holcomb] |

**PLEASE TAKE NOTICE** that Plaintiff HOANG MINH LE ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revalent part:

(a) **Voluntary Dismissal.**

  (1) By the Plaintiff.

  (A)  *Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

  (i)  A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant ERNEST DE TOMASO, an individual and as Trustee of the FAMILY TRUST of ERNEST P. DE TOMASO and LIDA J. DE TOMASO; and LIDA DE TOMASO, an individual and as Trustee of the FAMILY TRUST of ERNEST P. DE TOMASO and LIDA J. DE TOMASO ("Defendants").  ("Defendant"), has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: February 14, 2022

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Hoang Minh Le